IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEITH ANDERSON,  )
    Plaintiff,  )
                            )
v.  )  Civil Action No. 10-937
                            )
LOUIS FOLINO, ET AL.,  )
    Defendants.  )

ORDER

Plaintiff Keith Anderson has appealed the non-dispositive order, dated August 11, 2010, entered by United States Magistrate Judge Cathy Bissoon [document #8]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 25th day of April, 2011, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____,C.J.

cc:  The Honorable Cathy Bissoon,
     United States Magistrate Judge

     All parties of record