```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

KEITH ANDERSON,                       )
        Plaintiff,                    )
                                      )
        v.                            )   Civil Action No. 10-937
                                      )
LOUIS FOLINO, ET AL.,                 )
        Defendants.                   )

                              ORDER

    Plaintiff Keith Anderson has filed a document, entitled "Objection to the Courts Denial of Plaintiff's Motion to Compel Discovery" [document #60], which the Court will construe as an appeal of the non-dispositive order, dated October 17, 2011 [document #56]. Upon a review of the matters raised by the appeal, the Court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

    Therefore, this _9th_ day of November, 2011, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to Magistrate Judge Cynthia Reed Eddy for further proceedings.

                              BY THE COURT:

                              _____,C.J.

cc:  The Honorable Cynthia Reed Eddy,
     United States Magistrate Judge

     All parties of record