IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH ANDERSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 10-937 |
| ) | Chief District Judge Gary L. Lancaster/ |
| v. ) | Magistrate Judge Cynthia Reed Eddy |
| ) | |
| LOUIS FOLINO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

The above captioned case was initiated by the filing of a motion to proceed *in forma pauperis* (ECF No. 1) on July 15, 2010, and was referred to a united states magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the local rules of court.

On January 23, 2013, the Magistrate Judge filed a Report and Recommendation (ECF No. 100) recommending that the Motions for Summary Judgment filed by Defendants (ECF Nos. 88 and 91) both be granted. Plaintiff was served with the Report and Recommendation at his address of record and was advised that he had until February 11, 2013 to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, **IT IS HEREBY ORDERED**, this 15 day of February, 2013, that Defendants' Motions for Summary Judgment (ECF Nos. 88 and 91) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF. No. 100) dated January 23, 2013, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

1

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

Hon. Gary L. Lancaster,
Chief United States District Judge

cc: Hon. Cynthia Reed Eddy,
United States Magistrate Judge

Keith Anderson. AS-3252
SCI Rockview
Box A
Bellefonte, PA 16823-0820

All Counsel of Record