**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KEITH ANDERSON,     )
           )
   Plaintiff,    )  Civil Action No. 10-937
           )  Chief District Judge Gary L. Lancaster/
   v.      )  Magistrate Judge Cynthia Reed Eddy
           )
LOUIS FOLINO, *et al.*,   )
           )
   Defendants.   )

### MEMORANDUM ORDER

The above captioned case was initiated by the filing of a motion to proceed *in forma pauperis* (ECF No. 1) on July 15, 2010, and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the local rules of court.

On January 23, 2013, the Magistrate Judge filed a Report and Recommendation (ECF No. 100) recommending that the Motions for Summary Judgment filed by Defendants (ECF Nos. 88 and 91) both be granted. Plaintiff was served with the Report and Recommendation at his address of record and was advised that he had until February 11, 2013 to file written objections to the Report and Recommendation. No objections were filed within the requisite time period. Consequently, on February 16, 2013, I entered an Order granting the Motions for Summary Judgment filed by Defendants (ECF Nos. 88 and 91), adopted the Report and Recommendation, closing the case (ECF No. 101) and granted judgment to Defendants in this action (ECF No. 102).

1

On February 21, 2013, Plaintiff filed a Motion for Extension of Time to File Objections (ECF No. 103) and on February 25, 2013, filed written Objections (ECF No. 104). These objections do not undermine the recommendation of the Magistrate Judge.

Therefore, after a second *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, and the recently-filed objections thereto, **IT IS HEREBY ORDERED**, this _11_ day of March, 2013, that Plaintiff's Motion for Extension of Time to File Objections (ECF No. 103) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Memorandum Order (ECF No. 101) and Judgment Order (ECF No. 102) are **CONFIRMED.** Defendants' Motions for Summary Judgment (ECF Nos. 88 and 91) are granted and the Report and Recommendation (ECF. No. 100), dated January 23, 2013, is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Alter or Amend Judgment (ECF No. 105) is **DENIED.**

**IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:  Hon. Cynthia Reed Eddy,
     United States Magistrate Judge

     Keith Anderson, AS-3252
     SCI-Rockview
     Box A
     Bellefonte, PA 16823-0820

     All Counsel of Record